UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23CR2646-BAS |
|---|---|
| Plaintiff, | |
| v. | ORDER OF RESTITUTION |
| SHAUN MARCEL LEWIS, | |
| Defendant. | |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663(a)(3), Defendant Shaun Marcel Lewis (hereinafter "Defendant") shall pay restitution in the amount of $4,285.57 as a result of Defendant's conviction for Transportation of Certain Aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

2. Restitution shall be paid to the following victims in the specified amounts. Pursuant to 18 U.S.C. § 3664(i), all non-United States government victims shall receive full restitution before the United States receives any restitution, and the distribution to non-government victims shall be made pro-rata.

| Victims | Amount |
|---|---|
| R.T.S., Semi-truck driver | $3,059.43 (2 damaged tires) |
| M.G., Jeep driver | $0 |

| | |
|---|---|
| Hertz, Jeep Owner | $166.14 |
| M. L., Toyota Corolla driver | $530 (estimate for 2 damaged tires) |
| U.S. Border Patrol | $530 (2 damaged tires) |

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

　　a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

　　b. Upon release from custody, Defendant shall pay restitution at the rate of at least $130 per month, subject to modification upon further agreement of the parties or order of the Court.

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

　　Clerk of the Court
　　United States District Court
　　Southern District of California
　　333 West Broadway, Suite 420
　　San Diego, CA 92101

7. The Court has determined that Defendant does not have the ability to pay interest. The interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A).

8. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic

circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

9. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: June 10, 2024

HON. CYNTHIA BASHANT
United States District Judge